TIMOTHY J. MARA, Respondent, v. JAMES J. TUNNEY, Also Known as GENE TUNNEY, and WILLIAM GIBSON, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES ANASTOS, Doing Business, etc., Respondent, v. WIL-LOW CAFETERIAS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH SILVERMAN, Respondent, v. CHESTER RAY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARNET HOROWITZ and REBECCA HOROWITZ, Respondents, v. ELIAS HERSH-FIELD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL SIMON, Respondent, v. CARLETON SIMON, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY MARKOWITZ, Respondent, v. ROYAL INSURANCE COMPANY, LTD., Appellant.— Order modified by granting motion upon payment by plaintiff of a full bill of costs to date, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PUSHMAN BROS., INC., Appellant, v. WHITECOURT CONSTRUCTION CORPORATION, Respondent.— Order reversed and motion granted, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANNETTE H. BERNSTEIN, Respondent, v. MONARCH ACCIDENT INSURANCE COMPANY (a Foreign Corporation), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DORIAN HOLDING AND TRADING CORPORATION, Respondent, v. BRUNSWICK TERMINAL AND RAILWAY SECURITIES COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted as to items 1, 2 and 3. The verified bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGELA PAPPADOPOULO, on Behalf of Herself and All Other Stockholders of AMALGAMATED CARPET CO., LTD., Similarly Situated, Appellant, v. AVRAAM ELIAS KAZAN and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MODAN HOLDING CORPORATION, Appellant, v. GEORGE W. BARNES and Others, Defendants. (ABRAHAM LEVINE, Respondent.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent as to the direction for payment of seventy-five dollars for counsel fee.